IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DR. JUSTO L. GONZALEZ-TRAPAGA and his wife NANCY ROIG-FLORES<br><br>Plaintiffs<br><br>vs<br><br>ATLANTIS HEALTH CARE GROUP, INC.<br>DR. RAFAEL BURGOS-CALDERON, his wife A and their conjugal partnership;<br>DR. ALFREDO RAMIREZ-JUSTINIANO, his wife B and their conjugal partnership;<br>IDA SERRANO, her husband C and their conjugal partnership;<br>EVELYN FIGUEROA, her husband D and their conjugal partnership<br><br>Defendants | CIVIL 10-1439CCC |

### REMAND ORDER

Having considered the Motion in Support of Motion to Remand filed by plaintiffs Justo González-Trápaga and Nancy Roig-Flores on June 14, 2010 (**docket entry 9**) and the opposition filed by defendant Atlantis Health Care Group on June 14, 2010 (docket entry 10), as well as the Motion to Remand filed by plaintiffs Justo González-Trápaga and Nancy Roig-Flores on June 15, 2010 (**docket entry 11**) and the opposition filed by defendants Alfredo Ramírez-Justiniano, Rafael Burgos-Calderón and Evelyn Figueroa on June 16, 2010 (docket entry 12), and after having reviewed the Complaint attached to the Notice of Removal (see docket entries 1 and 16, exhibit 2), the Court finds that said Complaint neither contains "an explicit federal cause of action nor a state-law cause of action that contains an embedded question of federal law that is both substantial and disputed." Rhode Island Fish. All. v. R.I. Dept., Envir. Man., 585 F.3d 42, 48 (1st Cir. 2009). Accordingly, both motions to remand are GRANTED. Pursuant to 28 U.S.C. §1447(c), this action is REMANDED to the Court of First Instance of the Commonwealth of Puerto Rico, Mayagüez Part, from where it was originally removed.

SO ORDERED.

At San Juan, Puerto Rico, on December 13, 2010.

S/CARMEN CONSUELO CEREZO
United States District Judge